## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREG M. WERNER**<br><br>**PLAINTIFF,**<br><br>V.<br><br>**JACOB J. HORTON;**<br>**PRINCIPLE MERCHANTS**<br>**LEASING LTD.; AMAZON**<br>**LOGISTICS, INC.,**<br>**AMAZON.COM, INC., And**<br>**AMAZON.COM SERVICES, LLC,**<br><br>**DEFENDANTS.** | **CIVIL ACTION - LAW**<br><br>**JURY TRIAL DEMANDED**<br><br>**NO.: 3:24-cv-00255** |

### AFFIDAVIT OF SERVICE

I, Molly Dempsey Clark, Esquire, hereby certify that I served a true and correct copy of the Complaint upon the Defendants via certified mail. True and correct copies of the green cards are attached hereto and marked as Exhibit A.

Respectfully submitted,

FELLERMAN & CIARIMBOLI LAW, P.C.

*Molly Dempsey Clark*

BY: _____

Molly Dempsey Clark, Esquire

Counsel for the Plaintiff

# EXHIBIT "A"

**SENDER:** *COMPLETE THIS SECTION*

- Complete items **1, 2,** and **3.**
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

Jacob Horton
27 Corey Rd
Flanders NJ 07836

9590 9402 8423 3156 1418 19

**2. Article Number** *(Transfer from service label)*

9589 0710 5270 0903 1806 91

PS Form **3811,** July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

**A. Signature**

X _____    ☐ Agent
                        ☐ Addressee

**B. Received by** *(Printed Name)*     **C. Date of Delivery**
                                        2-25-21

**D.** Is delivery address different from item 1?   ☐ Yes
    If YES, enter delivery address below:           ☐ No

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Principle Merchant Leasing
14 Central Park Dr. 1st Floor
Hooksett NH 03106

9590 9402 8423 3156 1418 33

2. Article Number *(Transfer from service label)*

9589 0710 5270 0903 1806 84

PS Form **3811**, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   C. Cantin                      2-23-24

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon. Com Services
410 Terry Ave N.
Seattle WA ~~98126~~ 98170

9590 9402 8423 3156 1418 64

2. Article Number *(Transfer from service label)*

9589 0710 5270 0903 1806 53

PS Form **3811**, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ▶ AE ◀   ☑ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

FEB 2 6 2024

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ...ery Restricted Delivery
...estricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon, Com Inc
410 Terry Ave N.
Seattle WA 98170

9590 9402 8423 3156 1418 57

2. Article Number (Transfer from service label)

9589 0710 5270 0903 1806 60

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ▶    AE    ◀    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    FEB 2 6 2024

C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items **1, 2,** and **3.**
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amazon Logistics
410 Terry Ave N.
Seattle WA 98120

9590 9402 8423 3156 1418 40

2. Article Number *(Transfer from service label)*

9589 0710 5270 0903 1806 77

PS Form **3811,** July 2020 PSN 7530 02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ▶ AE ◀
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
FEB 2 6 2024

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ... ivery Restricted Delivery
☐ ...estricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt