UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGG M. WERNER, | : | CIVIL ACTION-LAW |
| | : | |
| Plaintiff | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | NO. 3:24-cv-00255-JKM |
| | : | |
| JACOB J. HORTON, PRINCIPLE MERCHANTS | : | |
| LEASING LTD., AMAZON LOGISTICS, INC., | : | |
| AMAZON.COM, INC. and AMAZON.COM | : | |
| SERVICES, LLC, | : | |

Defendants

## **NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

      Please enter the appearance of Robert L. Sanzo, Esquire, on behalf of defendants, Jacob

J. Horton and Principle Merchants Leasing Ltd., in the above-entitled action.

LITCHFIELD CAVO LLP

By: */s/Robert L. Sanzo*
Robert L. Sanzo, Esquire
Identification No.:  70587
1515 Market Street, Suite 1220
Philadelphia, PA   19102
215-999-5774
*Attorneys for Defendants, Jacob J. Horton*
*and Principle Merchants Leasing Ltd.*

Dated:  March 11, 2024

## CERTIFICATE OF SERVICE

I, Robert L. Sanzo, Esquire, do hereby certify that I have served a true and correct copy of the Notice of Appearance on behalf of defendants, Jacob J. Horton and Principle Merchants Leasing Ltd., upon all counsel of record via the Court's electronic filing system, as follows:

Molly Dempsey Clark, Esquire
Fellerman & Ciarimboli Law PC
555 E Lancaster Ave #100
Radnor, PA  19087

/s/ Robert L. Sanzo
Robert L. Sanzo, Esquire
*Attorneys for Defendants, Jacob J. Horton*
*and Principle Merchants Leasing Ltd.*

Dated: March 11, 2024

2