IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREG M. WERNER,

                Plaintiff,

     v.

JACOB J. HORTON; PRINCIPLE MERCHANTS
LEASING, LTD.; AMAZON LOGISTICS, INC.;
AMAZON.COM, INC.; and AMAZON.COM
SERVICES, LLC ,

                Defendants,

CIVIL ACTION No. 3:24-cv-00255-JKM

HONORABLE JULIA K. MUNLEY

### **REPORT OF NEUTRAL**

A MEDIATION session was held in the above-captioned matter on 3/10/26.

The case (please check one)

       __**X**__       has resolved.
       _____       has resolved in part (see below)
       _____       has not resolved.

The parties request that a follow-up conference with the Court should be scheduled within _____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: 3/11/26               /s/ JOHN M. NOBLE, ESQUIRE
                                     Mediator